UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| KEVIN BACHHUBER, on behalf of himself and all others similarly situated,<br><br>　　　　　　　　　　Plaintiff,<br><br>　v.<br><br>OAKWOOD CAPITAL SOLUTIONS LLC d/b/a OAKWOOD CAPITAL GROUP,<br><br>　　　　　　　　　　Defendant. | No. 3:25-cv-01044-wmc<br><br>Honorable District Judge<br>William M. Conley<br><br>Honorable Magistrate Judge<br>Anita Marie Boor |

**PLAINTIFF'S UNOPPOSED MOTION FOR EXTENSION OF
TIME TO FILE RESPONSE TO DEFENDANT'S COUNTERCLAIM**

Plaintiff, Kevin Bachhuber, moves for an extension of time to file a responsive pleading to Defendant Oakwood's Counterclaim (Dkt. 7). Specifically, Mr. Bachhuber requests that his response to Oakwood's Counterclaim be extended from February 27, 2026, to March 12, 2026.

Thus, the Court should grant Mr. Bachhuber's motion for two reasons. *First,* good cause exists because this case is at its earliest stage, no scheduling order has been entered, and Mr. Bachhuber has acted diligently in seeking a brief extension after Oakwood filed its Counterclaim. *Second,* Oakwood does not oppose the requested extension.

### BACKGROUND

1.　On December 22, 2025, Mr. Bachhuber filed a Class Action Complaint asserting a single cause of action under 47 U.S.C. § 227(c)(5). Dkt. 1.

2.　On February 6, 2026, Defendant Oakwood filed its Answer and Counterclaim. Dkt. 7. Mr. Bachhuber's response to Oakwood's Counterclaim is currently due February 27, 2026.

3.　To date, no discovery has taken place and a scheduling order has not been entered. The Preliminary Pretrial Conference is scheduled for March 5, 2026.

4.  On February 18, 2026, counsel exchanged emails regarding the upcoming Rule 26(f) conference and Mr. Bachhuber's intention to seek leave to amend the Complaint. In that correspondence, Mr. Bachhuber's counsel provided defense counsel with a redlined draft and a clean copy of the proposed Amended Complaint. Mr. Bachhuber further requested to extend his deadline to respond to Oakwood's Counterclaim.

5.  On February 19, 2026, the Parties met and conferred pursuant to Federal Rule of Civil Procedure 26(f) and further discussed the proposed amendment and the requested extension. During that conference, defense counsel confirmed that Oakwood opposes the filing of an amended complaint but agreed that Mr. Bachhuber's response to Oakwood's Counterclaims shall be due March 12, 2026.

## ARGUMENT

Federal Rule of Civil Procedure 6(b)(1) provides that a court may extend a deadline for good cause. The good cause standard "primarily considers the diligence of the party seeking amendment" of a deadline. *Trustmark Ins. Co. v. Gen. & Cologne Life Re of Am.*, 424 F.3d 542, 553 (7th Cir. 2005) (discussing "good cause" in the context of Fed. R. Civ. P. 16(b)). *See also Blue v. Hartford Life & Acc. Ins. Co.*, 698 F.3d 587, 593 (7th Cir. 2012) (in reviewing district court's decision to grant or deny a request for an extension of time "we look not just at the request itself but also at what led up to the request") (quotation marks omitted).

Here, good cause exists to extend Mr. Bachhuber's response to Oakwood's Counterclaim. This case remains at its earliest stage, no scheduling order has been entered, and Mr. Bachhuber has acted diligently by seeking a brief extension one week before his response to the Counterclaim is due. Moreover, this is Mr. Bachhuber's first request for additional time and is not made for purposes of delay. Additionally, Oakwood does not oppose the requested extension.

Accordingly, Mr. Bachhuber requests that the Court extend his deadline to respond to the Counterclaim from February 27, 2026 to March 12, 2026.

RESPECTFULLY SUBMITTED AND DATED this 20th day of February, 2026.

/s/ Samuel J. Strauss
Samuel J. Strauss
Cassandra P. Miller
**STRAUSS BORRELLI PLLC**
One Magnificent Mile
980 N Michigan Avenue, Suite 1610
Chicago IL, 60611
Telephone: (872) 263-1100
Facsimile: (872) 263-1109
sam@straussborrelli.com
cmiller@straussborrelli.com

Anthony Paronich
**PARONICH LAW, P.C.**
350 Lincoln St., Suite 2400
Hingham, MA 02043
Telephone: (617) 485-0018
anthony@paronichlaw.com

*Attorneys for Plaintiff*

## **CERTIFICATE OF SERVICE**

I, Samuel J. Strauss, hereby certify that on February 20, 2026, I caused the foregoing to be electronically filed with the Court using the Court's CM/ECF system which will send an electronic copy to all parties and/or their counsel of record.

DATED this 20th day of February, 2026.

*/s/ Samuel J. Strauss*
Samuel J. Strauss
**STRAUSS BORRELLI PLLC**
One Magnificent Mile
980 N Michigan Avenue, Suite 1610
Chicago IL, 60611
Telephone: (872) 263-1100
Facsimile: (872) 263-1109
sam@straussborrelli.com