UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN
AT MADISON

| | |
|---|---|
| KEVIN BACHHUBER, on behalf of himself and all others similarly situated,<br><br>                  Plaintiff,<br><br>v.<br><br>OAKWOOD CAPITAL SOLUTIONS LLC d/b/a OAKWOOD CAPITAL GROUP,<br><br>                  Defendant. | No. 3:25-cv-01044-wmc<br><br>Honorable District Judge<br>William M. Conley<br><br>Honorable Magistrate Judge<br>Anita Marie Boor |

## STIPULATION TO DISMISS WITH PREJUDICE

The parties, by and through their undersigned counsel, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby stipulate to the dismissal of this action in its entirety. This dismissal is with prejudice as to all individual claims asserted by Plaintiff and all counterclaims asserted by Defendant. Each party shall bear its own costs and attorneys' fees.

Dated: March 9, 2026

*/s/ Samuel J. Strauss*
Samuel J. Strauss
Alex Phillips
**STRAUSS BORRELLI PLLC**
980 N. Michigan Avenue, Suite 1610
Chicago, IL 60611
Telephone: (872) 263-1100
Facsimile: (872) 263-1109
sam@straussborrelli.com
alex@straussborrelli.com

*Counsel for Plaintiffs and the Class*

Dated: March 9, 2026

*/s/ Denis Vorontsov*
Denis Vorontsov
**VORONTSOV LAW FIRM, PLLC.**
1599 E 15th Street, 4 FL
Brooklyn, NY 11230
347-525-2522
dv@vlf.law

*Counsel for Defendant*

1

## **CERTIFICATE OF SERVICE**

I, Samuel J. Strauss, hereby certify that on March 9, 2026, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to counsel of record via the ECF system.

DATED this 9th day of March, 2026.

>/s/ *Samuel J. Strauss*
>Samuel J. Strauss
>**STRAUSS BORRELLI PLLC**
>980 N. Michigan Avenue, Suite 1610
>Chicago, IL 60611
>Telephone: (872) 263-1100
>Facsimile: (872) 263-1109
>sam@straussborrelli.com